**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NARY SUN and FLORIBEL ENGLAND, individually and on behalf of all others similarly situated, | Civil Action No.: 1:26-cv-01614-DLC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PREMIUM BRANDS OPCO LLC, | |
| Defendant. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiffs Nary Sun and Floribel England hereby voluntarily dismiss their claims against Defendant Premium Brands OPCO LLC, without prejudice. Dismissing this action will not prejudice any named or unnamed proposed class members. Proposed class members are not releasing any claims against Defendant Premium Brands OPCO LLC, and so, do not need to be notified. Each side shall bear their own costs.

Dated: March 3, 2026                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Neal J. Deckant*
            Neal J. Deckant

Neal J. Deckant
Stefan Bogdanovich
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
            sbogdanovich@bursor.com

*Attorneys for Plaintiffs*

1